United States District
Court District of Massachusetts.

Plantiff's Name  Andrawis BAHER

V.

Defendant's Name  Twin Rivers Casino
and it's managers.

Complaint.

The plantiff is suffuring an infection in the right hand and one spot on the left hand for the past three to five weeks

such condition led the plantiff to Mass General E.R. one week ago

When plantiff returned to work he was giving a disiplinary action

while having a doctors note to clear that I was sick but can return to work "from E.R. Doctor"

Next step a dermatologest who saw the need to see a higher specialest to find what is causing my skin to react like wise.

The dermatologest made it clear in a note "second note" that I can perform my work duties as long as I apply the medicin and wear protective gloves to protect my hand

Defendant is keeping me "plantiff" from returning to work using false claim that involves the state commission to sign off on the plantiff being allowed to return to work Wearing Gloves

The plantiff is calling it false claims due to the fact that he had checked on the way with the first lottery employee on the primiss.

When asked the lottery official was willing to call H.R. immediatly to releafe his principle from any

involvment with the issue

At this point the plantiff would kindly regust a motion of Injuction to stop my Employer Twin River and its managment from stoping me from work

Also the plantiff would regust a court order to my employer not to delete any vidio survelance tapes that showes my condition and my hand.

Reason, my two shifts after my ER visits where on game that requires fast hand movment

- which agitated my hands upon requesting to be removed to another game for lesser movement Managmat denied with harsh words such as "You Know You have to Deal"

- Last week servalance is my profe of my condition and have the Defendant intentraly ignored it on purpuse to deny the plantiff the right to make a Living.

- Last but not least there is a history of my illness in that

environment.

Such as, few month ore posibly a year, I had gotten sick at work throwing up viliantly. I vometted twice in the men's room and I was Kept on the same game that required leaning over to perform my job. I asked to be taken from the game, the plantiff was left on that same game till he vometted 6 feet away from the game. Later was taken by the Ambulance to the nearest hospital